JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS COLLINS,<br><br>               Petitioner,<br><br>     v.<br><br> B. BIRKHOLZ,<br><br>               Respondent. | Case No. 2:23-cv-08084-FLA (MAA)<br><br>**JUDGMENT** |

     Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge, IT IS ORDERED AND ADJUDGED that the Petition is DENIED, and the action is DISMISSED without prejudice.

     IT IS SO ORDERED.

Dated: July 1, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge